FILED
AT WICHITA, KS
FEB 0 5 2010
U.S. CLERK
Bankruptcy
By _____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
PALMER, KATHY J ) Case No. 07-11508 -7
)
)
)

## REPORT OF UNCLAIMED FUNDS

COMES NOW the trustee, Carl B. Davis, and reports to the Court that the following disbursements were sent to the Clerk of the United States Bankruptcy Court pursuant to 11 U.S.C. § 347(a).

| CLAIMANT | AMOUNT |
|---|---|
| Alltel<br>Bankruptcy Department 1269 B5F03B<br>1 Allied Drive<br>Little Rock, AR 72202-9918 | $68.57 |

A trustee's check in the amount of $68.57 accompanies this report in payment of the above named claims.

_____
Carl B. Davis, Trustee, #13705
2121 W. Maple
P. O. Box 12686
Wichita, KS 67277-2686
Telephone: (316) 945-8251
Facsimile: (316) 945-2789
E-mail: cdavis@davisandjack.com